[No. 24546-9-II.   Division Two.   December 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINT TROY GARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02747-1, Rudolph J. Tollefson, J., entered March 31, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 24918-9-II.   Division Two.   December 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HENRY AMELINE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-05238-7, Terry D. Sebring, J., entered July 23, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 25331-3-II.   Division Two.   December 21, 2000.]

*In the Matter of* DARWIN L. REYNOLDS

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-2-00574-1, Don L. McCulloch, J., entered October 20, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 18638-5-III.   Division Three.   December 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA SETH ROMERO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-1-00544-4, Robert N. Hackett, Jr., J., entered July 23, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Schultheis, J.